1 PHILLIP A. TALBERT
United States Attorney
2 KAREN A. ESCOBAR
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000

**FILED**
Mar 19, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6 Attorneys for Plaintiff
United States of America

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,

Plaintiff,

v.

PAULO ALFONSO PEREZ-MENDOZA,

Defendant.

CASE NO: 2:24-MJ-0033-DB

[PROPOSED] ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached redacted complaint in the above-captioned matter be, and is, unsealed.

Dated: March 19, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT