UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 19, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAULO ALFONSO PEREZ-MENDOZA,

Defendant.

Case No.  2:24-mj-00033-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>PAULO ALFONSO PERZ-MENDOZA</u> Case No. <u>2:24-mj-00033-DB</u> Charges <u>18 USC § 371</u> from custody for the following reasons:

| | |
|---|---|
| __x__ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ _____ |
| _____ | Unsecured Appearance Bond $ _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| __x__ | (Other): <u>Released forthwith where defendant must report directly to the Pretrial Services office on 3/20/2024 at 9:00 AM, in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.</u> |

Issued at Sacramento, California on March 19, 2024 at 2:15 PM

Dated:  March 19, 2024

_\[signature\]_

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE