PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00073 DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PAULO ALFONSO PEREZ-MENDOZA, | DATE: June 27, 2024 TIME: 9:00 a.m. COURT: Hon. Daniel J. Calabretta |
| Defendant. | |

**STIPULATION**

1.      By previous order, this matter was set for status on June 27, 2024.

2.      By this stipulation, defendants now move to continue the status conference until August 15, 2024, at 9:00 a.m., and to exclude time between June 27, 2024, and August 15, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes 17,022 Bates Stamped pages of material, including recordings and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      On April 11, 2024, the government has communicated a plea offer to the defendant.

c)      Counsel for the defendant desires additional time to review the discovery material, conduct further investigation, and consider the government's plea offer.

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, ]taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 27, 2024 to August 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   / / /

2        IT IS SO STIPULATED.

3

4   Dated:  June 18, 2024                    PHILLIP A. TALBERT
                                             United States Attorney

5

6                                            /s/ KAREN A. ESCOBAR
                                             KAREN A. ESCOBAR
7                                            Assistant United States Attorney

8

9   Dated:  June 18, 2024                    /s/ Meghan McLoughlin
                                             Meghan McLoughlin
10                                           Counsel for Defendant
                                             Paulo Alfonso Perez-Mendoza

11

12

13                              **ORDER**

14        IT IS SO FOUND AND ORDERED this 21st day of June, 2024.

15

16                                           /s/ Daniel J. Calabretta

17                                           THE HONORABLE DANIEL J. CALABRETTA

18                                           UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME              3
PERIODS UNDER SPEEDY TRIAL ACT