HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, #354051
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PAULO ALFONSO PEREZ-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-CR-00073-DJC |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] ORDER TO ALLOW TEMPORARY RELEASE OF PASSPORTS TO DEFENDANT** |
| vs. | ) | |
| PAULO ALFONSO PEREZ-MENDOZA, | ) | Judge: Hon. Allison Claire |
| Defendant. | ) | |

Upon review and consideration of Defendant's Motion to Modify Conditions of Pretrial Release [ECF No. 32], the Court GRANTED the motion, as stated on the record during the hearing on June 18, 2024, and hereby orders the Clerk of the Court to release the defendant's U.S. passport and U.S. passport card [ECF Nos. 11 and 12] to the defendant, Paulo Alfonso Perez-Mendoza, 24 hours before his international travel to Spain on August 26 , 2024 and for the duration of his approved 7-day trip to Spain. Passport is ordered to be re-surrendered within 24 hours of his return from international travel.

IT IS SO ORDERED.

DATED: August 22, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-