MICHELE BECKWITH
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00073 DC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| PAULO ALFONSO PEREZ-MENDOZA, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for a status conference before this Court on August 22, 2025.

2. By this stipulation, the parties now move to reset the status conference for December 12, 2025, and to exclude time between August 22, 2025, and December 12, 2025, under Local Code T4. At that time, the parties will set the matter for a change of plea or trial. Should the parties file a plea agreement before that time, the parties may seek to vacate the status conference and set the matter for a change of plea by means of a stipulation and proposed order.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 21,054 Bates Stamped pages of material, including recordings, cell phone extractions, and photographs. All of this discovery has been either produced directly to counsel and/or made

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

available for inspection and copying.

      b)     The parties have been discussing whether a resolution is possible in this case. On April 11, 2024, the government communicated a plea offer to the defendant. That offer expired on February 3, 2025. A new plea offer with different terms was extended on April 8, 2025, with a deadline of November 1, 2025.

      c)     Although new counsel was added to the case pending the return to work of the defendant's original attorney, Meghan McLoughlin, Ms. McLoughlin recently indicated that her client, who is out of custody, prefers to move forward in this case with the assistance of Ms. McLoughlin. To that end, Ms. McLoughlin would like to communicate the government's April 8, 2025, plea offer to the defendant and review with him the plea agreement, which memorializes the terms.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2025 to December 12, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

IT IS SO STIPULATED.

Dated: July 15, 2025                                    MICHELE BECKWITH
                                                        Acting United States Attorney


                                                        /s/ KAREN A. ESCOBAR
                                                        KAREN A. ESCOBAR
                                                        Assistant United States Attorney


Dated: July 15, 2025                                    /s/ Meghan McLoughlin
                                                        Meghan McLoughlin
                                                        Counsel for Defendant
                                                        Paulo Alfonso Perez-Mendoza

STIPULATION REGARDING EXCLUDABLE TIME                   3
PERIODS UNDER SPEEDY TRIAL ACT

**ORDER**

The court, having received, read, and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation in part. Accordingly, the Status Conference scheduled for August 22, 2025, is VACATED and RESET for December 5, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins at which time the parties should be prepared to set a change of plea hearing or trial dates. (The parties requested date of December 12, 2025 is no longer available.) The time period between August 22, 2025 and December 5, 2025, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **July 31, 2025**

Dena Coggins
United States District Judge