ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00073-DC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| PAULO PEREZ-MENDOZA, | DATE: February 6, 2026 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Dena M. Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 6, 2026.

2. By this stipulation, defendant now moves to continue the status conference until March 20, 2026, and to exclude time between February 6, 2026, and March 20, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has produced discovery associated in this case, which includes over 20,000 Bates stamped pages. The discovery also includes recordings and cell phone extractions that contain entire email accounts and bank records.

b) The parties previously appeared in person on December 9, 2025, to provide the Court with an update as to the status of this case. The government represented provided an

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

updated plea offer on December 2, 2025.  After the hearing, the parties continued to discuss the proposed plea offer with the government producing supplemental discovery requested by the defendant.

c)    The parties have since made progress with plea negotiations that has resulted in revisions to the formal plea agreement. Counsel for the defendant requests additional time to go over this newly revised plea agreement with her client through a translator.

d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)    The government does not object to the continuance.

f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 6, 2026 to March 20, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 28, 2026

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  January 28, 2026

/s/ Meghan D. McLoughin
Meghan D. McLoughin
Counsel for Defendant
PAULO PEREZ-MENDOZA

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on January 28, 2026 (Doc. No. 66), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for February 6, 2026, is VACATED and RESET for March 20, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between February 6, 2026 and March 20, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **January 29, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4