HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, #354051
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PAULO ALFONSO PEREZ-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAULO ALFONSO PEREZ-MENDOZA,<br><br>Defendant. | Case No. 2:24-CR-00073-DC<br><br>**[~~PROPOSED~~] ORDER TO RELEASE PASSPORT**<br><br>Judge: Hon. Sean C. Riordan |

Paulo Alfonso Perez-Mendoza was sentenced to a term of probation and his case being concluded, IT IS HEREBY ORDERED that the Clerk's Office return Paulo Alfonso Perez-Mendoza's passport and passport card to the defendant.

IT IS SO ORDERED.

Date: August 31, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE